

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THOMAS GEORGE and JENIFER GEORGE, | § | No. 08-22-00069-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | 207th Judicial District Court |
| | § | |
| CYPRESS SPRINGS PROPERTY OWNERS ASSOCIATION, | § | of Comal County, Texas |
| | § | (TC# C2018-1094B) |
| Appellee. | § | |

# <u>J U D G M E N T</u>

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF MARCH, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Soto, J., Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)